UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAY -4 PM 4: 05

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14 -CR-340-01 |
| | ) | |
| RAHEEM BRYANT WALLER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ATLANTA PALM FOOD CORPORATION, | ) | |
| | ) | |
| Garnishee. | ) | |

## JOINTLY STIPULATED FINAL ORDER OF
## VOLUNTARY CONTINUING WAGE GARNISHMENT

The parties, the Plaintiff, The United States of America, the judgment debtor Raheem Bryant Waller, and the garnishee, Atlanta Palm Food Corporation, agree and stipulate as follows:

1.      The judgment debtor's name is Raheem Bryant Waller ("Debtor"), Social Security Number xxx-xx-8834 and the last known address is: 324 Tarragon Way, Atlanta, Georgia 30331.

2.      A Judgment was entered against Debtor, in the above titled case, on December 17, 2014, wherein Debtor was order to pay restitution in the amount of $629,979.84. *See* Doc. 12. As of today, the total balance due on the Judgment is $627,234.91.

3.      The garnishee, Atlanta Palm Food Corporation ("Garnishee") has in its possession, custody or control property of the debtor in the form of wages paid to the debtor. *See* Exhibit A (Employment Verification Form).

1

4. The debtor, waives service of an application for a voluntary writ of continuing garnishment pursuant to 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act of 1990 (FDCPA).

5. The garnishee, waives service of an application for a voluntary writ of continuing garnishment pursuant to 28 U.S.C. § 3205 under the FDCPA, and further waives the right to answer and be heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

6. The debtor, agrees and stipulates that wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order of Continuing Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a Final Order of Garnishment against the non-exempt wages of the debtor. It is expressly agreed and stipulated to by the parties that the garnishee shall pay into the registry of the Clerk of Court, **$50.00 per pay period** from debtor's disposable earnings, pursuant to 15 U.S.C. § 1673(a).

8. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this case in the sum of $629,979.84, upon which there is an unpaid balance of $627,748.83. These deductions are to continue until the unpaid balance, is fully paid and satisfied.

Checks should be made payable to: "Clerk, U.S. District Court" with Case Number 4:14-CR-0340-01 written in the memo section, and mailed to:

United States Clerk of Court
P.O. Box 8286
Savannah, Georgia 31412

2

9.     The parties to this order hereby agree that the amount of this garnishment order may be adjusted in the future after review by the United States Attorney's Office of the debtor's financial situation.

IT IS SO ORDERED

Dated, entered, and made effective this _4th_ day of _May_, 2018.

_____
Honorable William T. Moore, Jr.
United States District Court
Southern District of Georgia

For Plaintiff:
Dated: _4/26/2018_

_____
Xavier A. Cunningham
Assistant United States Attorney
New York State Bar Number: 5269477
Post Office Box 8970
Savannah, Georgia 31412

For Debtor:
Dated: _1/23/2018_

_____
Raheem Bryant Waller (Judgment Debtor)
324 Tarragon Way
Atlanta, GA 30331

For Garnishee:
Dated: _2/14/18_

_____
Atlanta Palm Food Corporation (Garnishee)
Samone Rigsby   Payroll manager

3